IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02785-PAB-MEH

USIC LOCATING SERVICES, LLC,

      Plaintiff,

v.

PROJECT RESOURCES GROUP, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

      This matter is before the Court on the parties' Stipulated Motion to Stay Action Pending Resolution of State Court Appeal [Docket No. 30]. The parties move to stay litigation pending completion of plaintiff's state court appeal. Docket No. 30 at 2.

      The Court finds that, rather than staying the matter, it should be administratively closed pursuant to D.C.COLO.LCivR 41.2. The case is at an early stage and the only pending motion may be affected by the outcome of the state court appeal. *Id.* at 1-2; *see* Docket No. 15 at 6-8. Either party can move to reopen the case at the conclusion of the state court appeal. Thus, the Court perceives no prejudice to plaintiff through administrative closure. Wherefore, it is

      **ORDERED** that the parties' Stipulated Motion to Stay Action Pending Resolution of State Court Appeal [Docket No. 30] is **GRANTED**. It is further

      **ORDERED** that this case is administratively closed pursuant to D.C.COLO.LCivR 41.2. Either party may move to reopen the case for good cause. It is further

      **ORDERED** that the parties shall file a status report with the Court on or before December 5, 2022, or within 15 days of completion of the state court appeal, whichever is earlier.

      DATED June 3, 2022.