**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:21-cv-02785-PAB-CYC**

**USIC LOCATING SERVICES, LLC,**

**Plaintiff,**

**v.**

**PROJECT RESOURCES GROUP, INC.,**

**Defendant.**

---

## UNOPPOSED MOTION TO SET HEARING DATE AND ORAL ARGUMENT

---

Plaintiff USIC Locating Services, LLC ("USIC") respectfully requests a hearing date and the opportunity to present oral argument on the pending motion to dismiss and motion to transfer filed by Defendant Project Resources Group, Inc. ("PRG"). In support of this motion, USIC states as follows:

1. Pursuant to Local Rule 7.1, USIC's counsel has conferred with counsel for PRG, who do not oppose the relief requested in this motion.

2. PRG filed its renewed motion to dismiss based on Federal Rule of Civil Procedure 12(b)(6) and 12(b)(7) on January 13, 2024. Doc. 86. It also filed a motion to transfer on the same date. Doc. 84. USIC filed its responses to both motions on February 6, 2024. Docs. 95, 96.

3. Because of the complexity of the issues raised by PRG's motions, USIC respectfully suggests that a hearing would assist the Court in addressing the legal issues and resolving questions briefed in the court filings above.

4. In particular, although the joinder issue presented by PRG may seem like a simple procedural matter, the practical consequence of requiring USIC to join and burden its own customers to vindicate acts of fraud committed by PRG would be enormous.

5. Additionally, the parties disagree sharply concerning the nature of USIC's claims, the scope of the requested relief, and whether evidence of extrinsic proceedings is relevant in analyzing the pleadings as contemplated under Federal Rule of Civil Procedure 12(b)(6) and 12(b)(7). PRG relies on three unrelated lawsuits outside this jurisdiction, two of which have been settled or dismissed without any resolution on the merits, as well as on the prior proceedings in state court that were definitively declared "void" by the Colorado Court of Appeals.

6. Regarding the motion to transfer, PRG presents a unique request to transfer portions of existing claims to multiple other jurisdictions while remaining in this one. It bases this request on a doctrine of federal common law that has not been adopted by the Tenth Circuit and is the subject of considerable debate and a burgeoning circuit split, not to mention other threshold issues of applicability.

7. Therefore, due to the complexity of the issues and their central importance to whether this action may proceed, USIC respectfully suggests that the Court would benefit from a hearing and oral argument to fully evaluate the parties' contentions and legal authority.

8. The relief requested herein is made for the sake of judicial efficiency and will result in no prejudice to the parties.

Accordingly, USIC requests that the Court enter an order scheduling the above for a hearing date on PRG's motion to dismiss and motion to transfer.

Dated this 18th day of February 2025.

/s/ *David B. Helms*

David B. Helms
GM Law PC
8000 Maryland Avenue, Suite 1060
St. Louis, MO 63105
(314) 474-1750
(816) 471-2221 fax
davidh@gmlawpc.com

Benjamin D. Mooneyham
GM Law PC
1201 Walnut St., Suite 2000
Kansas City, MO 64106
(816) 471-7700
(816) 471-2221 fax
benm@gmlawpc.com

Peter S. Gould (Atty. Reg. #: 34089)
Cole A. Wist (#20488)
David L. Coats (#51561)
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
(303) 894-9239 fax
peter.gould@squirepb.com
cole.wist@squirepb.com
david.coats@squirepb.com

***Attorneys for Plaintiff USIC Locating Services, LLC***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of February 2025, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system and electronically served same upon:

Dana L. Eismeier
Michael Y. Ley
Burns, Figa & Will, P.C.
6400 South Fiddler's Green Circle, Suite 1000
Greenwood Village, CO 80111
deismeier@bfwlaw.com
mley@bfwlaw.com

/s/ *David B. Helms*
David B. Helms